IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIDGETTE SANDERS                                                                          PLAINTIFF

VS.                                       Civil No. 4:14-cv-4076

CAROLYN COOTS and
BAILEY CREEK NURSING REHAB                                                      DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed August 18, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 11) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss should be and hereby is **GRANTED**. Plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE**, and her Title VII claims and state-law claims are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 10th day of September, 2014.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge